**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**

**-vs-**                                                        **Case No. 6:06-cv-137-Orl-19KRS**

**EDWARD S. DIGGES, JR., NEXSTAR COMMUNICATIONS, LLC, TMT EQUIPMENT COMPANY, LLC, TMT MANAGEMENT GROUP, LLC, POSA, LLC, POSA TMT, LLC, TELEVEST COMMUNICATIONS, LLC, TELEVEST GROUP, LLC, SPIN DRIFT, LLC,**

          **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    RECEIVER'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE (Doc. No. 83)
>
> **FILED:**    October 13, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Receiver James D. Silver and his attorneys with the law firm of Carlton Fields, P.A., may bring one laptop computer, one projector, one television, one DVD player, a wheeled equipment Court and all necessary cables and connectors into the George C. Young United States Courthouse for use at the

hearing scheduled to begin in Courtroom 5 at 8:30 a.m. on Monday, October 16, 2006. Counsel for the receiver is cautioned that he should confer with his colleagues in Orlando when deciding what equipment is necessary and would be useful for the hearing. My courtroom is small and to the extent that the equipment cannot be effectively used in the limited space, its use will not be permitted.

Further, the receiver and counsel are advised that they must bring extension cords, strip plugs and other necessary equipment to be able to connect the proposed equipment to the power source.

The courtroom will be open at 8:00 a.m. The parties shall make arrangements to have all equipment in place before the hearing begins at 8:30 a.m.

The individual(s) bringing the equipment into the Courthouse must produce a copy of this Order to the Court Security Officers at the entrance to the building.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties