# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.                                        CASE NO. 6:06-CV-137-ORL-19KRS

EDWARD S. DIGGES, JR., NEXSTAR
COMMUNICATIONS, LLC, TMT
EQUIPMENT COMPANY, LLC, TMT
MANAGEMENT GROUP, LLC, POSA,
LLC, POSA TMU, LLC, TELEVEST
COMMUNICATIONS, LLC, TELEVEST
GROUP, LLC, SPIN DRIFT, LLC,

      Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 97, filed November 9, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 97) is **ADOPTED and AFFIRMED,** and Defendant Edward S. Digges, Jr.'s Pro Se Motion to Set Aside Entry of Default (Doc. No. 71, filed August 25, 2006) is **GRANTED.** The entry of default as to Defendant Edward S. Digges, Jr. is **VACATED.** Defendant Digges shall file his response to the Complaint as a separate document, and not as an attachment to a motion, **within eleven (11) days** from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of January, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record