# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

           **Plaintiff,**

**-vs-**                                                  **Case No. 6:06-cv-137-Orl-31KRS**

**EDWARD S. DIGGES, JR.,**
**NEXSTAR COMMUNICATIONS, LLC,**
**TMT EQUIPMENT COMPANY, LLC,**
**TMT MANAGEMENT GROUP, LLC,**
**POSA, LLC, POSA TMT, LLC,**
**TELEVEST COMMUNICATIONS, LLC,**
**TELEVEST GROUP, LLC,**
**SPIN DRIFT, LLC,**

           **Defendants,**

## ORDER

On November 14, 2007, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 156), recommending that Receiver's Renewed 1st Interim Application for Expedited Approval of Accountant's Fees and Expenses (Doc. 135) be GRANTED IN PART. Kapila & Company, the accounting firm for which expenses were sought, filed a timely objection to the Report (Doc. 160), which objected to Judge Spaulding's methodology, but did not object to the result. Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

     2.     The Receiver's Renewed 1st Interim Application for Expedited Approval of Accountant's Fees and Expenses is **GRANTED IN PART**.

     3.     Th Receiver is hereby authorized to disburse $332,189.90 in professional fees and $4,013.72 in expenses from the receivership estate to Kapila & Company.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party