# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**
                **Plaintiff,**

-vs-                                        **Case No. 6:06-cv-137-Orl-31KRS**

**EDWARD S. DIGGES, JR.,
NEXSTAR COMMUNICATIONS, LLC,
TMT EQUIPMENT COMPANY, LLC,
TMT MANAGEMENT GROUP, LLC,
POSA, LLC, POSA TMT, LLC,
TELEVEST COMMUNICATIONS, LLC,
TELEVEST GROUP, LLC,
SPIN DRIFT, LLC,**
                **Defendants,**

_____

## ORDER

On November 15, 2007, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 157), recommending that Receiver's 1st Application for Maryland Local Counsel's Fees and Expenses (Doc. 144) be GRANTED in part and DENIED in part. Receiver filed timely objections to the Report (Doc. 167).

Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. However, Judge Spaulding noted that several of the time entries in the application were redacted and therefore did not contain sufficient information to determine reasonableness. Along with its objections, the Receiver filed an un-redacted version of the time sheets. (Doc. 167-2 at 9-46). Therefore, in addition to the time entries that Judge Spaulding found compensable, this Court will allow compensation for the following reasonable time entries:

| DATE | PERSON | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| 2/27/06 | HSS | Prepare Request to Register foreign judgment; email to Niall McLachlan | 0.80 |
| 3/3/06 | HSS | Prepare request for domestication | 0.50 |
| 3/6/06 | SPC | TCF w/ process server re: update whereabouts of Kerr, notified HSS | 0.20 |
| 3/6/06 | SPC | Call to Legg Mason re: title of person served | 0.10 |
| 3/6/06 | HSS | Conf. With Sharon re: service of Digges; email to Niall and Michael | 0.10 |
| 3/7/06 | HSS | Prepare notice of filing for Charles County | 0.20 |
| 3/9/06 | HSS | Call with Clerk from Charles County re: recordation of injunction | 0.10 |
| 3/15/06 | HSS | Emails with Michael Shafir; Call with clerk from Dorchester County; prepare amended notice of lis pendens for Charles County and draft transmittal letter to clerk | 0.50 |
| 3/23/06 | HSS | Dictate letter to registered agent for Stegman & Co. PA | 0.10 |
| 3/28/06 | HSS | Reveiw subpoena; draft letter to Doodle Design; emails with Michael Shafir | 0.30 |
| 3/29/06 | SPC | Recd and revwd proof of service on Doll | 0.10 |
| 3/30/06 | HSS | Call with atty Bill Jones re: Digges transfers | 0.10 |
| 3/31/06 | SPC | TCF w/ pps re: super rush service of Subpoena on Haug | 0.10 |
| 3/31/06 | SPC | Prepared pps form; obtained map of location, copies | 0.30 |
| 5/5/06 | SPC | TCF w/ pps Haug served | 0.10 |
| 5/5/06 | SPC | TCF w/pps - Peterson no longer on Covington Street | 0.10 |
| 5/5/06 | SPC | Research for prior service address, contact ro pps provided addt'l work address | 0.20 |

| 5/5/06 | SPC | Call to Miami counsel re: service on Haug, attempt on Peterson and contact needed of Kerr's counsel | 0.10 |
|---|---|---|---|
| 5/7/06 | HSS | Review file for status of service of subpoena's (*sic*); email to Michael Shafir | 0.20 |
| 5/10/06 | HSS | Reveiw subpoena for Legg Masonfor service | 0.10 |
| 5/10/06 | HSS | Call with Valerie @ Albert Smythe: e-mail to Michael Shafir | 0.20 |
| 5/23/06 | SPC | Prepared pps form for Smith Construction service, contacted pps | 0.30 |
| 6/7/06 | HSS | Reveiw emails from Michael Shafir re: appraisers and sale of personal property; Call with Mr. Shafir re: proceeding with service of process on certain defendants | 0.20 |
| 6/8/06 | HSS | Communications with Michael and paralegal re: service on KBK and Chilham | 0.20 |
| 6/13/06 | SPC | Discussion with HSS re: service on Chilham, pending on KBK | 0.10 |
| 6/28/06 | HSS | Discuss procedural issues with Jim Silver | 0.80 |
| 7/18/06 | HSS | Draft Rule 37 letter to Houck | 0.80 |
| 7/25/06 | HSS | E-mails with James Silver re: Haug deposition, draft consent order compelling discovery | 0.80 |
| 8/31/06 | HSS | Review emails w/ scheduling details for Haug and Digges deposition e-mail to Mike Shafir re: subpoenas for service | 0.20 |
| 9/11/06 | HSS | E-mails with James Silver re: deposition plans for Haug | 0.30 |
| 9/14/06 | HSS | Work with Jim Silver (deposition of Haug in Baltimore) | 1.00 |
| 9/19/06 | HSS | Call with M&T bank re: service of subpoena; draft transmittal letter to M&T; e-mail with attorney Michael Shafir re: subpoena service | 0.30 |

| | | | |
|---|---|---|---|
| 9/29/06 | HSS | Land record search on-line of defendants' property transfers in Charles and Dorchester Counties | 1.40 |
| 9/30/06 | HSS | Calls with Jim Silver re: notice of lis pendens/ July 2006 transfer for Charles County Property | 1.10 |
| 10/2/06 | HSS | On-line search of Charles County land records re: Chilham transfers | 2.10 |
| 10/2/06 | HSS | Call with Jim Silver to review property transfers for emergency motion | 1.80 |
| 10/2/06 | HSS | Review and modify emergency motion | 1.20 |
| 10/3/06 | HSS | Revise emergency motion; draft verification | 1.70 |
| 10/3/06 | HSS | Call with Jim Silver re: verification in support of Motion for Show Cause Order for Contempt | 0.30 |
| 10/4/06 | JRP | Drafted Notice of Lis Pendens HSS Entry of Appearance (Baltimore County) | 0.70 |
| 10/5/06 | HSS | Finalize notice of lis pendens for Baltimore County; draft transmittal letter to Baltimore County | 0.30 |
| 10/6/06 | HSS | Call with Jim Silver re: Dorchester County property ownership and deed of trust issues; finalize verification and motion | 0.90 |
| 10/12/06 | SPC | Research re: service info for Court Order of FL Case | 0.80 |
| 10/13/06 | SPC | TCF w/ Bank of Eastern Shore - needs to have motion filed today to allow telephonic answers to Court Order | 0.10 |
| 10/13/06 | SPC | TCF w/ Bank of Eastern Shore re: Court Order | 0.20 |
| 10/13/06 | SPC | TCF w/ pps - adv that Kerr is not at residence, they are giving to local pps to keep trying thruout (*sic*) day, Bank of Eastern Shore served | 0.10 |

| 10/13/06 | SPC | Updates to HSS | 0.20 |
|---|---|---|---|
| 10/13/06 | SPC | TCF w/ pps re: Constrander no one at location | 0.10 |
| 10/13/06 | SPC | TCF w/ Loomis & Silver re: no individual at Constrander | 0.20 |
| 10/13/06 | SPC | TCF w/ Loomis and w/ pps re: phone number for Constrander | 0.20 |
| 10/13/06 | HSS | Calls and emails with attorneys Silver and Loomis re: service of Order to Show Cause re: contempt; Calls with bank of Eastern Shore; coordinate service of process efforts | 0.60 |
| 10/13/06 | HSS | Call with Jim re: hearing and constrander; review flow charts | 0.60 |
| 11/17/06 | SPC | Review e-mails from James and Michael re: settlement; call with James re: recording agreement | 0.40 |
| 11/21/06 | HSS | Review e-mail from Jim Silver re: LaPlate/Trust property; search electronic images and e-mail to Jim | 0.10 |
| 11/22/06 | HSS | Draft letter/status report to Judge Wilson; Call with chambers re: continuation of status conference | 0.80 |
| 11/22/06 | HSS | Call with Jim Silver re: descriptions of Chilham properties and issues concerning Eastern Shore Cank lien | 0.30 |
| 12/13/06 | JRP | Contact Dorchester County civil clerk's office to determine if any foreclosure actions | 0.20 |
| 12/14/06 | HSS | Search on-line dockets re: pending actions against the Digges defendants | 0.40 |
| 1/31/07 | HSS | Review e-mail from Jim re: status of lis pendens; research docket entries on-line; review lis pendens rule; draft e-mail response to Jim | 0.70 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 2/27/07 | JRP | Review file; review status on lis pendens to prepare for status conference | 0.50 |
| 3/2/07 | JRP | Review deeds for client request, send same to HSS for review | 0.40 |
| 3/2/07 | JRP | Reviewed deeds and SDAT records to send to client | 1.00 |
| 3/5/07 | JRP | Research to locate lots Harris Drive lots 4, 9, 11 & 16 requested client for asset freeze | 3.10 |
| 3/5/07 | JRP | Respond to client email re: deeds and easements; review of same | 0.40 |
| 3/5/07 | HSS | Work with Jason per Donna to identify Harris Drive/Sandy Acres parcels | 0.50 |
| 3/7/07 | JRP | Review of lis pendens and deeds in response to email from Donna Knapton | 0.40 |
| 3/21/07 | JRP | Review lis pendens rule to respond to client request; emails with client re: amended property descriptions for amended lis pendens | 0.50 |
| 3/30/07 | HSS | E-mails with Loomis and Silver re: Digges; internet search for Digges listings | 0.40 |
| 4/2/07 | HSS | Call with Graham Loomis and Jim Silver re: e-mail from SEC Internet re: sale of 2 Harris Drive; Call with Jo Ann Sheppard; Update research of ownership information of Harris Drive/Sandy Acres Drive | 2.70 |
| 4/2/07 | HSS | Pull aerial photos of 1 Sandy Acres and e-mail to Graham and Silver of Digges residence | 0.20 |
| 4/4/07 | HSS | E-mails with Graham Loomis and Jim Silver re: Sandy Acres property aerial photo | 0.20 |
| 4/8/07 | HSS | Photos of Digges property in Dorchester | 0.20 |
| 4/13/07 | HSS | Call with real estate agent re: appraisers | 0.20 |
| 4/18/07 | JRP | Legal research re: Maryland lis pendens law | 0.20 |

| 4/19/07 | JRP | Respond to emails from counsel for additional information | 0.10 |
| 4/24/07 | HSS | Call with Jim re: appraisers | 0.20 |
| 5/16/07 | HSS | Call with Sandy Downes re: appraisal; email to Jim Silver | 0.40 |
| 5/21/07 | HSS | Follow-up call with Jim Silver re: Lot 9/2 Harris Drive contract for sale | 0.30 |
| 6/25/07 | HSS | Call with Jim Silver re: weekend activity at 8 Sandy Acreas' (*sic*) Call with Jo Ann Sheppard (neighbor) re: activity | 0.70 |
| 7/12/07 | HSS | Draft letter to Jim Silver w/ appraisals | 0.20 |

With the addition of the above time entries, the lodestar will now be calculated as follows:

| PROFESSIONAL | HOURLY RATE | COMPENSABLE HOURS | TOTAL |
|---|---|---|---|
| Howard S. Stevens | $185.00 | 35.3 | $4,765.50 |
| Kenneth S. Davies | $230.00 | 0.9 | $207.00 |
| Jason R. Potter | $135.00 | 21.4 | $2,889.00 |
| Sharon Philips-Cary | $85.00 | 9.0 | $765.00 |
| | | **GRAND TOTAL** | **$8,626.50** |

It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

    2.    The Motion For Attorneys' Fees (Doc. 144) is **GRANTED** in part and **DENIED** in part.

    3.    Receiver is hereby authorized to pay the law firm of Wright, Constable and Skeen, LLP $8,626.50 in attorneys' fees and $2,154.86 in costs from the receivership estate.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 18, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE