**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

                **Plaintiff,**

**-vs-**                                                                      Case No.  6:06-cv-137-Orl-31KRS

**EDWARD S. DIGGES, JR.,**
**NEXSTAR COMMUNICATIONS, LLC,**
**TMT EQUIPMENT COMPANY, LLC,**
**TMT MANAGEMENT GROUP, LLC,**
**POSA, LLC, POSA TMT, LLC,**
**TELEVEST COMMUNICATIONS, LLC,**
**TELEVEST GROUP, LLC,**
**SPIN DRIFT, LLC,**

                **Defendants,**

_____

## ORDER

On January 4, 2008, this Court conducted an evidentiary hearing to consider the Receiver's objections (Dkt. 159) to the Report and Recommendation of the Magistrate relating to the Receiver's Renewed First Interim Application for Allowance of Fees and Expenses (Dkt. 134). That first renewed interim application sought an award of $551,951.30 in fees and $31,480.33 in expenses for the period from the Receiver's appointment on February 14, 2006 through March 31, 2007. The Court, after consideration of the Report and Recommendation, the Receiver's objection, the written and oral presentation of the Securities and Exchange Commission and the evidence presented, hereby sustains in part and overrules in part the Report and Recommendation of the Magistrate (Dkt. 159) as set forth below.

At the hearing, the Court also considered the Receiver's *ore tenus* motion for entry of an order directing the Clerk of this Court to disburse all funds (from a prior settlement with the Golodetz related parties) that are presently held in the Court's registry to the Receiver.

For the reasons stated in open court, that shall constitute the Court's findings of facts and conclusions of law, as required by *Fed. R. Civ. P., Rule 52*, it is ORDERED that:

1. The Court determines that appropriate hourly rate of compensation for the Receiver in this particular case is $325 an hour; rather than the rate of $220 per hour awarded in the Magistrate's Report and Recommendation.

2. The total of reasonable recoverable fees under the First Renewed Interim Application for the Receiver and for his professionals at the firm of Carlton Fields, P.A., including services performed by paralegals, is determined to be $482,749.50.

3. With respect to the Receiver's request for reimbursement of costs and expenses of $31,480.33, the Court sustains the Report and Recommendation with respect to the disallowance of the following categories of costs namely: on line computer charges ($384.38), secretarial over-time ($290.50), litigation support ($149.25), facsimile charges ($1,139.00), messenger charges ($397.92) and $169.77 for incident meal charges. Furthermore, the Court also reduces the amount recoverable for copying charges by $2,588.50, because the Court will allow recovery at the rate of 15 cents per page rather than the 20 cents per page claimed in the first interim application. Thus, the total of claimed costs and expenses which are disallowed and are not recoverable total $5,119.32.

4. The Court finds that the Receiver is entitled to recover the following costs claimed in the application, totaling $ 26,361.01 comprised as follows: copying costs ($7,765.50); general postage ($824.05); telephone ($601.80); certified copies ($215.00); filing/recording fees ($640.00); UPS

postage ($704.64); outside copy cost, including color copies ($322.38); travel and lodging expenses ($10,346.87); mileage/tolls and parking ($98.00); express mail ($3,406.27); locksmith's services ($458.00); expenses for mover's in Maryland ($850.00) and web page name renewal expense ($128.50).

5. Subject to the terms and conditions in the Stipulation for Substitution of Counsel, (Dkt. 148), the Receiver is hereby authorized to pay Carlton Fields, P.A. the sum of $509,110.51.

6. The Court GRANTS the Receiver's *ore tenus* motion relating to disbursement of settlement funds now on deposit in the registry of the court, together with any interest which has accrued thereon. The Clerk of the Court is hereby authorized and directed to transfer to James D. Silver, as Receiver, Conrad & Scherer, LLP, 633 South Federal Highway, Fort Lauderdale, Florida, 33301, all funds presently held in the registry of this Court relating to this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 8, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party