# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**
                **Plaintiff,**

-vs-                                                  **Case No. 6:06-cv-137-Orl-31DAB**

**EDWARD S. DIGGES, JR.,**
**NEXSTAR COMMUNICATIONS, LLC,**
**TMT EQUIPMENT COMPANY, LLC,**
**TMT MANAGEMENT GROUP, LLC,**
**POSA, LLC,**
**POSA TMT, LLC,**
**TELEVEST COMMUNICATIONS, LLC,**
**TELEVEST GROUP, LLC,**
**SPIN DRIFT, LLC,**
                **Defendants,**
_____

## ORDER

This cause comes before the Court on Receiver's Second Application for Allowance and Payment of Fees and Expenses for September 1, 2007 through June 30, 2008 (Doc. No. 199) filed August 7, 2008.

On September 26, 2008, the United States Magistrate Judge issued a report (Doc. No. 203) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Receiver's Second Application for Allowance and Payment of Fees and Expenses for September 1, 2007 through June 30, 2008 is GRANTED. The Receiver is

authorized to pay Conrad & Scherer fees in the amount of $202, 494.50 and costs of $4,023.29. Eighty percent of the fees and 100% of the costs shall be paid forthwith. The remaining 20% of the fees awarded shall be paid in accordance with the agreement between Conrad & Scherer and Carlton Fields. *See* Doc. No. 148.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 10th day of October, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE